### LAURENCE SEELEN *v.* ELLEN SEELEN
### (8301)

DALY, NORCOTT and FOTI, Js.

Argued November 5—decision released November 8, 1990

*Victor Feingold,* for the appellant (defendant).

*Alfred J. Garofolo,* with whom was *H. Dyke Spear, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.